BRIAN W. PLUMMER, ESQ. (SBN: 240210)
**MELISSA S. GREENIDGE, ESQ. (SBN: 272669)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
General:       (916) 789-6400
Direct:         (916) 789-6132
Facsimile:   (916) 789-6227

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. COSNER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendants. | Case No.: 4:13-CV-05959-~~DMR~~ PJH<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION OF THE PARTIES TRANSFERRING VENUE PURSUANT TO 28 U.S.C. §1404(a)** |

Pursuant to 28 U.S.C. §1404(a), the stipulation of the parties, and in the interests of justice, this matter is transferred to the jurisdiction of the United <u>States District Court for the Central District of California.</u>

**IT IS SO ORDERED.**

DATED:__March 18_____, 2014          _____
                                                                The Honorable

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

-1-

**(PROPOSED) ORDER ON STIPULATION OF THE PARTIES TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)**